July 16, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ANTONIO SEPEDA, Appellant

NO. 14-14-00443-CV             V.

THE STATE OF TEXAS, Appellee

_____

This cause, an appeal from the order of dismissal signed May 20, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.